IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02980-RPM

WILDEARTH GUARDIANS,

        Plaintiff,

v.

LISA JACKSON, in her official capacity as
Administrator, United States Environmental Protection Agency,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, WildEarth Guardians, hereby files this Notice of Voluntary Dismissal. Defendant, Lisa Jackson, Administrator of the United States Environmental Protection Agency, has neither filed an Answer, nor a Motion for Summary Judgment in this case. Accordingly, this Notice is effective without a court order. See Fed. R. Civ. P. 41(a)(1)(A). Additionally, because Plaintiff has never filed this claim before in state or federal court, this voluntary dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted this 22nd day of February 2010.

        s/ James J. Tutchton
        WildEarth Guardians
        1536 Wynkoop St., Suite 301
        Denver, CO  80202
        Tel: (720) 301-3843
        jtutchton@wildearthguardians.org

        *Attorney for Plaintiff WildEarth Guardians*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed in the Court's ECF system this 22nd day of February 2010.  The Court's ECF system will provide notice to all counsel of record, including:

David.A.Carson@usdoj.gov counsel for Defendant, Lisa Jackson

                                        s/ James J. Tutchton
                                        WildEarth Guardians